# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-3481
LT Case No. 55-2008-CF-2193-A

———————————————————

STEVE LESLIE STANALAND, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

3.850 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Steve Leslie Stanaland, Jr., Perry, pro se.

James Uthmeier, Attorney General, Tallahassee, and Zachary L. Wiseman, Assistant Attorney General, Daytona Beach, for Appellee.

May 28, 2026


PER CURIAM.

   AFFIRMED.

MAKAR, WALLIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____